██ The People of the State of New York, Respondent, v Scott H. Baker, Appellant. [881 NYS2d 359]—Appeal from a judgment of the Genesee County Court (Robert C. Noonan, J.), rendered December 10, 2007. The judgment convicted defendant, upon his plea of guilty, of criminal contempt in the first degree.

It is hereby ordered that the judgment so appealed from is

unanimously affirmed. Present—Scudder, P.J., Smith, Centra, Peradotto and Green, JJ.